IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 15cr10148 |
| 1. DAVID JONES, a/k/a "Supa," | ) |
| 2. KAREEM BERRY, a/k/a "Ty," and a/k/a "J," | ) |
| 3. AARON BLOUDSON, a/k/a "Bones," | ) |
| 4. JORGE CEPEDA, a/k/a "Junito," | ) |
| 5. DEARRON CURETON, a/k/a "Tabby," | ) |
| 6. ESTEVE DIAZ, a/k/a "Stevie-O," | ) |
| 7. FRANKIE FINKLEA, | ) |
| 8. RASHEED MARSMAN, and | ) |
| 9. RAHZHAN SPRIGGS, a/k/a "Ray," | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S MOTION TO SEAL AND UNSEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until 9:00 a.m. on Thursday, June 18, 2015, at which time the indictment should be unsealed.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/
EMILY CUMMINGS
MICHAEL CROWLEY
Assistant U.S. Attorneys

Date: 06/16/2015

*June 16, 2015. Allowed /s/ LTS, USDJ.*