Case 1:15-cr-10148-LTS   Document 7-4   Filed 06/18/15   Page 1 of 2

# EXHIBIT 3



38 likes

_koolkay5 POINT NIGGA Roll Call 🔫 Together We Stand Divided WE FALL 💥💥💥🔫 #AlOallinone#CPD#8bus#GioGang#MezzieEnt#WaterBoyz#ALLWEDOISRIDE💣💣💣💣💣 set the city on FIRE 🌹🌹🌹